**DISMISS; and Opinion Filed January 28, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00252-CV

## IN THE INTEREST OF L.K.B., E.K.B., P.H.B & L.D.B, CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 03-14098**

## MEMORANDUM OPINION

Before Justices O'Neill, Myers, and Brown
Opinion by Justice Brown

Appellant's brief in this case is overdue. By postcard dated August 19, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Ada Brown/
ADA BROWN
JUSTICE

130252F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF L.K.B., E.K.B., P.H.B & L.D.B, CHILDREN

No. 05-13-00252-CV

On Appeal from the 256th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 03-14098.
Opinion delivered by Justice Brown.
Justices O'Neill and Myers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee **SHANNON LEE BOOKOUT** recover her costs of this appeal from appellant **FLETCHER HAYDEN BOOKOUT**.

Judgment entered this 28th day of January, 2013.

/Ada Brown/

ADA BROWN
JUSTICE